STATE OF MAINE
SAGADAHOC, SS.

SUPERIOR COURT
Civil Action
Docket No. AP-2018-03

JOHN WALKER,
            Plaintiff,

    v.

KERRY LUMBRA TREXLER,
            Defendant.

)
)
)
)
)
)
)
)
)
)

**ORDER ON PENDING MOTIONS**

No opposition to the Plaintiff's Motions dated October 24, 2018 having been filed, this appeal is DISMISSED, with prejudice. A Writ of Possession may issue immediately.

All other pending motions are MOOT.

The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: November 19, 2018

JUSTICE, MAINE SUPERIOR COURT